# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000464-CV

**Victory Cheval Holdings; LLC, Garrett Jennings; and Castle Crown Management, LLC, Appellants**

**v.**

**Dennis Antolik; Victor Antolik; and Cheval Manor, Inc. d/b/a Austsin Polo Club, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. C-1-GN-14-002607, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This is an interlocutory appeal from a trial court order granting temporary injunctive relief. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). Appellees have filed a motion for contempt, contending that the appellants have violated the temporary injunction. Alternatively, appellees request that we refer their motion to the trial court.

Without considering the merits of appellees' motion for contempt, pursuant to Rule 29.4(a) of the Texas Rules of Appellate Procedure, we refer appellees' motion to the trial court and instruct the court to hold an evidentiary hearing on appellees' motion and grant appropriate relief, if any. *See* Tex. R. App. P. 29.4(a). Following the hearing, the parties should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than October 2, 2015.

It is ordered September 10, 2015.


Before Chief Justice Rose, Justices Pemberton and Field

Abated and Remanded

Filed:   September 10, 2015